⁕⸺AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

JULIO QUINONES

v.

THE CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07 CV 7487

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The City of New York

I certify that I am admitted to practice in this court.

September 14, 2007
Date

*(signature)*
Signature

Robyn N. Pullio     RP 7777
Print Name     Bar Number

100 Church Street, Room 6-305
Address

New York     N.Y.     10007
City     State     Zip Code

(212) 788-1090     (212) 788-4095
Phone Number     Fax Number