# STOLL, GLICKMAN & BELLINA<sup>LLP</sup> ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com



Chambers of the Hon. Alvin K. Hellerstein
U.S. District Court-SDNY
500 Pearl Street, Rm 1050
New York, NY 10007
BY FAX

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

January 02, 2008

Re: Julio Quinones v. City of New York et al. 07CV7487

Your Honor-

I write to request permission to amend the complaint in the above captioned case. I am within the time allotted by our Case Management Plan and my opposing counsel, Assistant Corporation Counsel Robyn Pullio, consents to this request.

I seek to replace John Doe Officers #1 and 2 with Officer Christopher Cannizzaro and Officer Richard Dickson. Both officers were involved in the arrest of plaintiff which led to the claim of excessive force.

Thank you for your consideration.

Sincerely Yours,

Nicole Bellina
718 852 4491

So ordered
1/2/08
[signature]

CC: ACC Robyn Pullio (BY FAX)