☒AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

| | |
|---|---|
| JULIO QUINONES<br>v.<br>CITY OF NEW YORK, et al. | **APPEARANCE**<br><br>Case Number: 07 CV 7487 (AKH) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Police Officer Christopher Cannizzaro.

I certify that I am admitted to practice in this court.

January 18, 2008
Date

*[Signature]*
Signature

Robyn N. Pullio      RP 7777
Print Name      Bar Number

100 Church Street
Address

New York, N.Y. 10007
City    State    Zip Code

(212) 788-1090      (212) 788-9776
Phone Number      Fax Number