AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

JULIO QUINONES

v.

CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 07 CV 7487 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Police Officer Richard Dixon.

I certify that I am admitted to practice in this court.

January 31, 2008
Date

*[signature]*
Signature

Robyn N. Pullio    RP 7777
Print Name    Bar Number

100 Church Street
Address

New York, N.Y. 10007
City    State    Zip Code

(212) 788-1090    (212) 788-9776
Phone Number    Fax Number