# STOLL, GLICKMAN & BELLINA<sup>LD</sup> ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

*So ordered*
*3/14/08*
*[signature] Alk [Hellerstein]*

March 13, 2008

Honorable Alvin K. Hellerstein
U.S. District Court-SDNY
500 Pearl Street, Rm 1050
New York, NY 10007
BY FAX

Re: Julio Quinones v. City of New York et al. 07 CV 7487 (AKH)

Dear Judge Hellerstein-

As discussed with your law clerk, the status conference currently scheduled for tomorrow March 14, has been adjourned to April 4, 2008 at 9:30AM.

Thank you for your consideration.

Sincerely Yours,

*[signature]*
Nicole Bellina
718 852 4491

**MEMO ENDORSED**

cc: ACC Robyn Pullio (BY FAX)