

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ROBYN N. PULLIO**
*Assistant Corporation Counsel*
Special Federal Litigation Division
Tel.: (212) 788-1090
Fax: (212) 788-9776
Email: rpullio@law.nyc.gov

June 12, 2008

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re: <u>Julio Quinones v. The City of New York, et al.</u>, 07 CV 7487 (AKH)

Dear Judge Hellerstein:

     I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action has settled. Enclosed please find a STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL which has been executed by the parties in the above-referenced matter. We respectfully request that Your Honor so order the enclosed STIPULATION.

     Respectfully submitted,

     Robyn N. Pullio (RP 7777)
     Assistant Corporation Counsel
     Special Federal Litigation Division

cc:    <u>BY ECF</u>
      Nicole Bellina, Esq.
      Attorney for Plaintiff
      71 Nevins Street
      Brooklyn, New York 11217

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

JULIO QUINONES,                                          **STIPULATION AND ORDER**
                                                         **OF SETTLEMENT AND**
                              Plaintiff,                 **DISMISSAL**

              -against-                                  07 CV 7487 (AKH)

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, POLICE OFFICER
CHRISTOPHER CANNIZZARO, POLICE OFFICER
RICHARD DICKSON, JOHN DOE POLICE OFFICERS
#1-2,

                              Defendants.

------------------------------------------------------------------------ X


        **WHEREAS,** plaintiff Julio Quinones commenced this action by filing a

complaint on or about August 23, 2007, alleging that defendants violated his constitutional

rights; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's

allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation,

without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms

set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, as follows:

        1.      The above-referenced action is hereby dismissed with prejudice, and

                without costs, expenses, or fees except as provided for in paragraph "2"

                below.

2.    The City of New York hereby agrees to pay plaintiff the sum of **Seven Thousand, Five Hundred Dollars ($7,500.00)** in full satisfaction of all claims, inclusive of claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against the City of New York and all individually named defendants, and to release all defendants and any present or former employees or agents of the City of New York from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3.    Plaintiff shall execute and deliver to defendant City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release and An Affidavit of No Liens based on the terms of paragraph "2" above.

4.    Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

2

6.    This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       May 30, 2008


Nicole Marie Bellina, Esq.                    MICHAEL A. CARDOZO
Attorney for Plaintiff                        Corporation Counsel of the City of New York
71 Nevins Street                              Attorney for Defendant City of New York
Brooklyn, New York 11217                      100 Church Street
                                              New York, New York 10007
                                              (212) 788-1090


By: _____                  By: _____
    Nicole Marie Bellina, Esq. (NB 7154)          Robyn N. Pullio (RP 7777)
    Attorney for Plaintiff                        Assistant Corporation Counsel



**SO ORDERED:**


_____
United States District Judge

3